UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAVIN MAURICE RHODES, | Case No. 20-cv-03128-PJH |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| D. FORD, et al., | Re: Dkt. Nos. 55, 57, 59 |
| Defendants. | |

Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. On October 15, 2021, plaintiff filed a motion to compel. On October 26, 2021, defendants filed a motion for summary judgment for failure to exhaust administrative remedies. Defendants filed an opposition to the motion to compel and noted that that the discovery at issue related to the merits of this action. The motion to compel (Docket No. 55) is **DENIED** without prejudice. If this case continues after the court rules on the exhaustion motion, plaintiff will be permitted to refile the motion and the court will issue a ruling on the merits or request further briefing. Discovery relating to the merits of this case is **STAYED** pending further order from the court.

Plaintiff's motion for injunctive relief (Docket No. 57) is **DENIED** without prejudice. If plaintiff is subject to new acts of retaliation or other constitutional violations, he may file a new civil rights action once he has exhausted the claims. To the extent that plaintiff was denied access to the law library and requires more time file an opposition to the summary judgment motion, his request for an extension (Docket No. 59) is **GRANTED**. Plaintiff may file an opposition by **January 18, 2022**. Failure to file an opposition may

result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: December 30, 2021

        /s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge