UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES,<br><br>    Plaintiff,<br><br>    v.<br><br>D. FORD, et al.,<br><br>    Defendants. | Case No. 20-cv-03128-PJH<br><br>**JUDGMENT** |

    Pursuant to the order granting summary judgment, this case is dismissed with prejudice and closed.

    **IT IS SO ORDERED.**

Dated: April 23, 2024

                                             /s/ *Phyllis J. Hamilton*
                                             PHYLLIS J. HAMILTON
                                             United States District Judge