UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAVIN MAURICE RHODES,

Plaintiff,

v.

D. FORD, et al.,

Defendants.

Case No. 20-cv-03128-PJH

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Re: Dkt. No. 177

Before the court is plaintiff's motion for leave to file a third amended complaint. See Dkt. 177.  Defendant has filed a statement of non-opposition, stating that he does not oppose the motion, but reserves the right to file a motion to dismiss the amended complaint under Federal Rule of Civil Procedure 12(b)(6).

Accordingly, in light of defendant's statement of non-opposition, the court GRANTS plaintiff's motion to file a third amended complaint.  Plaintiff is directed to file the proposed third amended complaint (currently filed as Exhibit A to Dkt. 177-1) as a standalone document on the docket, no later than **January 16, 2026**.  After the complaint is filed, defendant may respond with an answer or a Rule 12(b)(6) motion according to the applicable deadlines.  The February 6, 2026 hearing is VACATED.

**IT IS SO ORDERED.**

Dated: January 14, 2026

_/s/ Phyllis J. Hamilton_
PHYLLIS J. HAMILTON
United States District Judge