United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAVIN MAURICE RHODES,

Plaintiff,

v.

D. FORD,

Defendant.

Case No. 20-cv-03128-PJH

**ORDER RE CHANGES TO PRETRIAL AND TRIAL SCHEDULE**

Re: Dkt. No. 167

Due to a scheduling conflict with the court's annual retreat, the Pretrial Conference currently set for September 17, 2026, at 1:30 is continued to **September 24, 2026, at 1:00 pm.** The deadline for filing oppositions to motions in limine remains September 3, 2026.

In view of this scheduling change, the court is inclined to move the trial date one week as well, to Tuesday, October 13, 2026 (October 12, 2026, is Columbus Day), unless the change would present a hardship for either party. The parties are further advised that in view of the summary judgment order disposing of two of the three causes of action, the time allowed for trial will be four days instead of seven.

Counsel are requested to advise the court by letter posted to the docket no later than **August 27, 2026**, whether a trial date of October 13, 2026 would result in a hardship.

**IT IS SO ORDERED.**

Dated: August 24, 2026

*/s/ Phyllis J. Hamilton*

PHYLLIS J. HAMILTON
United States District Judge