UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAVIN MAURICE RHODES,
Plaintiff,

v.

D. FORD,
Defendant.

Case No. 20-cv-03128-PJH

**ORDER RE PLAINTIFF'S APPLICATION AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Re: Dkt. No. 229

Plaintiff Kavin Maurice Rhodes, through his counsel, has filed an application and writ of habeas corpus ad testificandum. See Dkt. 229. Specifically, plaintiff seeks an order providing for his presence at his trial beginning on October 9, 2026, and for Pelican Bay State Prison to safeguard plaintiff's personal property and legal materials during transport and temporary custody until his return.

The court directs defendant to file a response to plaintiff's application and writ of habeas corpus ad testificandum, no later than **September 11, 2026**.

**IT IS SO ORDERED.**

Dated: September 4, 2026

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
Northern District of California